```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-05322-RNO
Joseph F Bissett                                                    Chapter 13
Amy R Bissett
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                Page 1 of 1                  Date Rcvd: Oct 27, 2017
                               Form ID: pdf010              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb        +Joseph F Bissett,    Amy R Bissett,   7 South Sycamore Lane,    Stewartstown, PA 17363-4139
4574560       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4572582      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                Kansas City, MO 64195)
4572581       +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
4572584       +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
4572585       +Financial Recoveries,    Po Box 1388,   Mount Laurel, NJ 08054-7388
4618474       +PNC Mortgage,   ATTN: Bankruptcy Department,    3232 Newmark Drive,   Miamisburg, OH 45342-5433
4572588       +Phelan Hallinan, LLP,    1617 JFK Blvd,   Suite 1400,   Philadelphia, PA 19103-1814
4572589       +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
4572590       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4574422        E-mail/Text: mrdiscen@discover.com Oct 27 2017 18:40:28     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
4572583       +E-mail/Text: mrdiscen@discover.com Oct 27 2017 18:40:28     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
4572586       +E-mail/Text: dstewart@firstfinancial.org Oct 27 2017 18:40:30     First Financial Of Md,
                 1215 York Rd,   Lutherville, MD 21093-6207
4572587       +E-mail/Text: notices@burt-law.com Oct 27 2017 18:40:42     Law Offices of Burton Neil,
                 & Associates, PC,   1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5601
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua  Humphries    on behalf of Debtor 1 Joseph F Bissett jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Joshua  Humphries    on behalf of Debtor 2 Amy R Bissett jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

JOSHUA HUMPHRIES, ESQ.
Attorney ID No. 209097
Keaveney Legal Group
1101 Kings Highway North
Suite G100
Cherry Hill, NJ 08034
Telephone: (856) 831-7119
Facsimile: (856) 282-1090

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : Chapter **13** |
|---|---|
|  | : |
| **Joseph F. Bissett** | : Bky. No.: **1:14-bk-05322-RNO** |
| **Amy R. Bissett** | : |
|  | : Document No.: **94** |
| **Debtors.** | : |
|  | : Nature of |
|  | : Proceeding: **Ex-Parte Motion to** |
|  | : **Voluntary Dismiss** |
| _____: | |

# ORDER

**IT IS HEREBY ORDERED** that the Debtors' Motion to Voluntary Dismiss their Chapter 13 case (Doc. #94) is granted.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 27, 2017